20 A.3d 1208

**Emanuel BEATTY, Petitioner**

v.

**TEMPLE UNIVERSITY, Police Officer Mitchell, Badge 2138, Police Officer Branch, Badge 2152, Police Officer Hill, Badge 2126, and Police Officer Clark, Respondents.**

Supreme Court of Pennsylvania.

May 26, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May 2011, the Petition to Supplement the Petition for Allowance of Appeal is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**

21 A.3d 676

**Paul Eugene GILLY, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 39 WAP 2010.**

Supreme Court of Pennsylvania.

May 3, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2011, the Order of the Commonwealth Court is **AFFIRMED.**